# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BARBARA F. BARNETT        *

    Plaintiff        *

vs.        *        CIVIL NO.: WMN 98-3243

RICHARD LEE EASTERDAY        *
AND
COVENCO, INC.        *

    Defendant        *

\* \* \* \* \* \* \* \* \* BY \*

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

OCT 2 5 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
_____DEPUTY

## ORDER

Upon the foregoing Motion to Amend Scheduling Order,, it is this 25th day of October, 1999

ORDERED

that the Scheduling Order shall be amended as set forth in the attachment to the Motion.

_____
JUDGE



# PROPOSED CHANGES TO SCHEDULING ORDER

**CASE TITLE:** Barbara F. Barnett vs. Richard Lee Easterday, Et al
**CASE NO.:** WMN 98-3243

## AMENDED SCHEDULING ORDER DATES

|    |                                                                     | FROM      | TO        |
|----|---------------------------------------------------------------------|-----------|-----------|
| 1. | Joint request for early settlement/ADR conference                   | 5/28/99   | --        |
| 2. | Report re deposition hours                                          | 5/28/99   |           |
| 3. | Moving for joinder of additional parties and amendment of pleadings | 6/30/99   |           |
| 4. | Plaintiff's Rule 26(a)(2) disclosures re experts                    | 7/16/99   | 10/16/99  |
| 5. | Defendant's Rule 26(a)(2) disclosures experts                       | 8/16/99   | 11/16/99  |
| 6. | **Discovery deadline:** submission of status report                 | 9/16/99   | 12/16/99  |
| 7. | Requests for admission                                              | 9/23/99   | 12/23/99  |
| 8. | Dispositive pretrial motions deadline                               | 10/19/99  | 1/19/2000 |
| 10.| Trial:   **TO BE DETERMINED BY THE COURT**                          |           |           |